[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

E/ayne Jones

Plaintiff(s),

v. Perdoceo EDU CORP AKA CEC Corp
231 N. Martingale Rd
Schaumburg, ILL
60173

Defendant(s).

22-cv-7324
Judge Alonso
Magistrate Judge Fuentes
RANDOM

**RECEIVED**

DEC 29 2022 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __E/ayne Jones__ of the county of __Cook__ in the state of __Illinois__.

3. The defendant is __Perdoceo AKA CEC Corp__, whose street address is __231 N. Martingale Rd__,
(city) __Schaumburg__ (county) __Cook__ (state) __ILL__ (ZIP) _____
(Defendant's telephone number) (__877__)__232__ - __4741__

4. The plaintiff sought employment or was employed by the defendant at (street address)
__10952 South Western__ (city) __Chgo__
(county) __Cook__ (state) __ILL__ (ZIP code) __60643__
Old Address   New Address 4201 South Wabash Ave Apt 208
Chgo, ILL 60653

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _MAY_, (day) _9?_, (year) _2019_.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has* ☒ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☐ the United States Equal Employment Opportunity Commission, on or about (month) _Aug_ (day) _?_ (year) _2019+2020_.

   (ii) ☐ the Illinois Department of Human Rights, on or about (month) _____ (day) _____ (year) _____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ Yes, ☒ No, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

*[handwritten margin note: All employees interviewed me & refused to give me her card or any info. Their supervisor would not identify themselves nor send info in the mail about my case, ignored it]*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month) _Aug_ (day)_____ (year) _2019 oR 2020_

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

*Recieved nothing from EEOC went there who 3 times to the same people they just said they would call me*

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes ☑ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes ☑ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☑ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*.

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☑ Age (Age Discrimination Employment Act). *And spreaded info over the office*

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.
    (b) ☑ terminated the plaintiff's employment. — *BECAUSE OF AGE. SPREADED INFO OVER OFFICE*

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☑ failed to stop harassment;

    (g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above; *COMPUTER WAS SABATOGED TO STOP MY PRODUCTION. WHEN I CALLED COMPUTER EXPERT I WAS FIRED THAT SAME DAY*

    (h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

TO HAVE AN EXCUSE FOR TERMINATION PEOPLE WHO WERE IN CHARGE OF THAT DEPARTMENT STOPPED MY COMPUTER FROM PERFORMING WHERE I COULD MAKE MY QUOTA. WHEN I CALLED COMPUTER REPAIR I WAS FIRED THAT SAME DAY

13. The facts supporting the plaintiff's claim of discrimination are as follows:

HARASSMENT - ALIENATION FROM MEETINGS OR PARTICIPATING IN CERTAIN EVENTS. HOSTILE TREATMENT LIES. OFFENSIVE CONDUCT ONE GIRL WANTED TO FIGHT ME OVER A LIE SOMEONE TOLD HER THREAT.

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☒ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

  (a) ☐ Direct the defendant to hire the plaintiff.

  (b) ☐ Direct the defendant to re-employ the plaintiff.

  (c) ☐ Direct the defendant to promote the plaintiff.

  (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

  (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

  (f) ☐ Direct the defendant to (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

_Elayne L. Jones_
(Plaintiff's signature)

ELAYNE L. JONES
(Plaintiff's name)

4201 South Wabash Ave Apt 208
(Plaintiff's street address)

(City) Chgo  (State) ILL  (ZIP) 60653

(Plaintiff's telephone number) (773) – 499-1008

Date: 12/29/22

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016